UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ATKINS,<br><br>    Plaintiff,<br><br> v.<br><br>CATHI HARRIS, *et al.*,<br><br>    Defendant. | No. C09-5625 BHS/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this  10th  day of November, 2009.

                */s/ Karen L. Strombom*
                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1