UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ATKINS,

                Plaintiff,

  v.

CATHI HARRIS, *et al.*,

                Defendants.

No. C09-5625 BHS/KLS

ORDER REGARDING OBJECTION TO NOTICE OF DEPOSITION

Before the court is Plaintiff's "Objection In-Part to Defendants Notice of Taking Deposition Upon Oral Examination." Dkt. 21. According to Plaintiff, his deposition has been scheduled by Defendants for April 19, 2010, which is a Friday. *Id.* Plaintiff states that he is available any day but Friday due to Islamic religious practices. *Id.* Plaintiff did not file his objection to the scheduling of his deposition until April 27, 2010. *Id.,* p. 2. He did not serve his objection on counsel for Defendants and he did not include a certification that he, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention in accordance with Fed. R. Civ. P. 37(a)(2)(B).

Pursuant to Fed. R. Civ. P. 26(c)(1)(B), a party may move for a protective order specifying the time and place where the discovery shall occur. However, the motion must

ORDER - 1

include a certification that the movant has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action. See *id.* The court is confident that if the parties were to confer on this matter, an amicable solution may be reached regarding the scheduling of Plaintiff's deposition.

Plaintiff is also advised that further filings with the court shall be in the form of a motion, properly noted and served upon opposing counsel before the court will take action regarding the filing.

Accordingly, it is **ORDERED**:

(1) Plaintiff's "objection" (Dkt. 21) is **denied at this time.** Plaintiff is free to re-file a motion for protective order if attempts to confer on this issue with counsel for Defendants is not successful.

(2) The Clerk of the Court shall send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this  29th  day of April, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2