1
2
3
4
5
6
7
8
9
10

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

MICHAEL ATKINS,

                          Plaintiff,

    v.

CATHI HARRIS, *et al.*,

                         Defendants.

No. C09-5625 BHS/KLS

ORDER DENYING DEMAND FOR DISCOVERY

      Before the court is Plaintiff's "Demand for Discovery." Dkt. 23. Within this document, Plaintiff demands the production of various documents from Defendants. *Id.*

      Plaintiff is advised that discovery requests are not filed with the court. Plaintiff must first direct his discovery requests to the parties or third-parties pursuant to the rules of discovery. In the event the discovery requests are not complied with, Plaintiff must confer with opposing counsel in a good faith attempt to resolve the discovery dispute. Finally, if the attempt to confer is unsuccessful, Plaintiff may file a motion to compel, which shall include a certification that he, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention in accordance with Fed. R. Civ. P. 37(a)(2)(B).

      Accordingly, it is **ORDERED:**

ORDER - 1

(1)     Plaintiff's demand for discovery (Dkt. 23) is **DENIED**.

(2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this  26th  day of May, 2010.


Karen L. Strombom
United States Magistrate Judge

ORDER - 2