UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BURT BOBBY DANIELS,

          Plaintiff,

  v.

ASSOCIATE SUPERINTENDENT HARRIS, et al.,

          Defendants.

No. 09-5542RJB/JRC

ORDER CONSOLIDATING CASES

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

Before the court is Defendant's motion for summary judgment (Dkt. # 29). In that motion, defendants note that there are five other identical cases (Dkt. # 29 FN 1). The other five cases are:

    1.    Mujahid v. Duncan 09-CV-5601RJB/JRC

    2.    Atkins v. Harris 09-5625BHS/KLS

    3.    Berry v. Duncan 10-CV- 5042BHS/KLS

    4.    Coley v. Harris 10-CV-5112RBL/KLS

    5.    Dumas v. Harris 10-CV-5341RBL/KLS

ORDER - 1

| | |
|---|---|
| 1 | The five cases listed above will be consolidated under this cause number. The summary judgment motion filed in this case and noted for September 10, 2010, (Dkt. # 29) is re-noted on the court's own motion for **December 10, 2010**. |

The five cases listed above will be consolidated under this cause number. The summary judgment motion filed in this case and noted for September 10, 2010, (Dkt. # 29) is re-noted on the court's own motion for **December 10, 2010**.

If defendants wish to file a different summary judgment motion based on the consolidation they must do so on or before **October 22, 2010**.

Plaintiff's are instructed to file one consolidated response brief signed by all plaintiffs. The brief may not exceed 25 pages and must be filed on or before **November 19, 2010**. Any reply brief must be filed on or before **December 3, 2010**.

The Clerk's Office is directed to send all six plaintiffs a copy of this order and re-note the Summary Judgment Motion for **December 10, 2010**. A copy of this order should be placed in each case consolidated.

DATED this 4th day of October, 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2